■ TIMOTHY KAUFFMANN et al., Appellants, v ISO CAPRIC et al., Respondents. [852 NYS2d 789]—

In response to the defendants' showing that they neither created nor had actual or constructive notice of the alleged hazardous condition complained of for a sufficient length of time to discover and remedy it, the plaintiffs failed to submit admissible evidence sufficient to show the existence of a triable issue of fact (*see Gordon v American Museum of Natural History*, 67 NY2d 836 [1986]; *Arrufat v City of New York*, 45 AD3d 710 [2007]; *Seabury v County of Dutchess*, 38 AD3d 752 [2007]; *Britto v Great Atl. & Pac. Tea Co., Inc.*, 21 AD3d 436 [2005]). Accordingly, the Supreme Court properly granted the defendants' motion for summary judgment dismissing the complaint (*see generally Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]). Mastro, J.P., Florio, Miller and Dickerson, JJ., concur.